*Bronaugh, McArthur, Fenton & Bronaugh,* for respondent.

The parties having agreed upon a settlement of the disputed matter, and stipulated accordingly, on motion the appeal was dismissed.   No opinion.

DISMISSED.

[Decided October 6, 1896.]

## WATTS *v.* WILTROUT.

APPEAL from Washington County.

Suit by M. M. Watts against John Wiltrout and others to set aside a conveyance and subject certain lands to the payment of a judgment held by plaintiff. Plaintiff and part of the defendants appeal.

*Mr. Thomas H. Tongue,* for appellants.

*Messrs. Samuel B. Huston* and *Barrett & Adams,* for respondents.

Respondent Clara Dixon moves to dismiss the appeal on several grounds.

The appeal was dismissed with costs to respondent Dixon.   No opinion.

DISMISSED.